■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RORY B., Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County, imposed January 18, 1979, upon his conviction of burglary in the second degree, upon his plea of guilty, the sentence being an indeterminate term of imprisonment with a maximum of six years. The appeal brings up for review the denial of defendant's application for youthful offender treatment. Sentence modified, as a matter of discretion in the interest of justice, the application for youthful offender treatment is granted, the conviction is vacated, and the sentence is reduced to an

indeterminate term of imprisonment with a maximum of four years. As so modifie·, sentence affirmed. Under the facts and circumstances of this case, defendant should have been granted youthful offender treatment and sentenced as indicated. Gulotta, J.P., Margett and O'Connor, JJ., concur.

Cohalan, J., dissents and votes to affirm the sentence, with the following memorandum: I would affirm. This was a crime of violence and defendant should suffer the consequences. He participated in the crime, whether he beat the victim or not. I would not grant youthful offender treatment or reduce the sentence.